# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

May 12, 2023

Alexa D'Angelo
direct dial: 212.589.4614
adangelo@bakerlaw.com

Kevin W. Kirsch
direct dial: 614.462.2673
kkirsch@bakerlaw.com

Nicholas A. Cordova
direct dial: 614.462.5126
ncordova@bakerlaw.com

**VIA ECF**

Hon. Georgette Castner, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608

Re:   SWAROVSKI OPTIK NORTH AMERICA LIMITED v. IBUY GROUP LLC f/k/a VALOR GROUP LLC *and* IBUY DISTRIBUTION LLC f/k/a F & E TRADING LLC d/b/a 6th AVE ELECTRONICS, No. 3:23-cv-01210-GC-TJB.

Dear Judge Castner,

We represent Defendants iBuy Group LLC f/k/a Valor Group LLC and iBuy Distribution LLC f/k/a F & E Trading LLC d/b/a 6th Ave Electronics ("Defendants"). Pursuant to Your Honor's judicial preferences, we wrote to the Court on May 11, 2023, requesting a pre-motion conference regarding iBuy's anticipated Motion to Dismiss Plaintiff's Complaint or, in the alternative, permission to file this anticipated Motion. *See* ECF No. 17. Also, on April 28, 2023, the Court entered a Stipulation which extended Defendants' time to answer, move, or otherwise respond to the Complaint to May 12, 2023. *See* ECF No. 13.

We were unable to confirm with the Court on Friday, May 12, 2023, that the deadline for Defendants' time to answer, move, or otherwise respond to the Complaint was tolled. Therefore, out of an abundance of caution we have filed the Motion to Dismiss in an effort to assure compliance with the stipulated deadline of May 12, 2023.

Should Your Honor have any questions, please do not hestiate to contact us.

Hon. Georgette Castner
May 12, 2023
Page 2

Respectfully submitted,

*/s/ Alexa A. D'Angelo*
Alexa A. D'Angelo
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111-0100
Telephone: 212.589.4200
Email: adangelo@bakerlaw.com

Kevin W. Kirsch  (*Pro Hac Vice Forthcoming*)
Nicholas A. Cordova (*Pro Hac Vice Forthcoming*)
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Ste. 1200
Columbus, OH 43215
Telephone: 614.462.2673
Email: kkirsch@bakerlaw.com
Email: ncordova@bakerlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Letter dated May 12, 2023, has been furnished this 12th day of May 2023 to all counsel of record via the Court's CM/ECF system including:

Dana B. Parker
K&L Gates LLP
One Newark Center, 10th Floor
Newark, New Jersey 07102
*Attorney for Plaintiff*

/s/ Alexa A. D'Angelo

Alexa A. D'Angelo
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111-0100
Telephone: 212.589.4200
Email: adangelo@bakerlaw.com
*Attorney for Defendants*