**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111-0100
Telephone: 212.589. 4200
Facsimile: 212. 589. 4201

*Attorneys for IBUY GROUP LLC f/k/a VALOR GROUP LLC; and IBUY DISTRIBUTION LLC f/k/a F & E TRADING LLC d/b/a 6th AVE ELECTRONICS*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SWAROVSKI OPTIK NORTH AMERICA LIMITED,<br><br>                      Plaintiff,<br><br>      v.<br><br>IBUY GROUP LLC f/k/a VALOR GROUP LLC; *and* IBUY DISTRIBUTION LLC f/k/a F & E TRADING LLC d/b/a 6th AVE ELECTRONICS,<br><br>                      Defendants. | CIVIL ACTION NO.: 3:23-CV-01210-GC-TJB<br><br>Hon. Georgette Castner U.S.D.J.<br>Hon. Tonianne J. Bongiovanni U.S.M.J.<br><br>**Motion Return Date: June 5, 2023**<br><br>**Oral Argument Requested** |

### DECLARATION OF ALEXA A. D'ANGELO IN SUPPORT OF DEFENDANTS' <u>MOTION TO DISMISS</u>

I, Alexa A. D'Angelo, declare the following:

1. I am an attorney at Baker & Hostetler LLP, counsel to Defendants iBuy Group LLC f/k/a Valor Group LLC and iBuy Distribution LLC f/k/a F & E Trading LLC d/b/a 6th Ave Electronics.

2. I submit this Declaration in support of Defendants' Motion to Dismiss the Complaint filed in the above-captioned case.

3. Attached hereto as Exhibit A is a true and correct copy of the United States Patent and Trademark Office's Mark Information for the registered trademark SWAROVSKI OPTIK.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: May 12, 2023

<u>/s/ Alexa A. D'Angelo</u>
Alexa A. D'Angelo