UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SWAROVSKI OPTIK NORTH AMERICA LIMITED,<br><br>                      Plaintiff,<br><br>v.<br><br>IBUY GROUP LLC f/k/a VALOR GROUP LLC; and IBUY DISTRIBUTION LLC f/k/a F&E TRADING LLC d/b/a 6th AVE ELECTRONICS,<br>                      Defendants. | CASE NO.: 3:23-CV-01210-GC-TJB<br><br>**CONSENT ORDER FOR ADMISSION OF KEVIN W. KIRSCH AND NICHOLAS A. CORDOVA *PRO HAC VICE*** |

**THIS MATTER** having come before the Court by way of consent of all parties for an Order permitting Kevin W. Kirsch and Nicholas A. Cordova to appear in this action *pro hac vice* on behalf of Defendants iBuy Group LLC f/k/a Valor Group LLC, and iBuy Distribution LLC f/k/a F&E Trading LLC d/b/a 6th Ave Electronics, and the Court having reviewed the Declaration of Alexa A. D'Angelo and the Declarations of Kevin W. Kirsch and Nicholas A. Cordova in support of this application and for good cause shown,

**IT IS** on this 26th day of June, **2023**;

**ORDERED** that Kevin W. Kirsch and Nicholas A. Cordova are hereby admitted *pro hac vice* for all purposes including trial in the above-captioned matter on behalf of Defendants; and further

**ORDERED** that Kevin W. Kirsch and Nicholas A. Cordova both shall:

1. Abide by the Rules of Practice of the United States District Court for the District of New Jersey, including disciplinary rules as set forth in L. Civ. R. 101.1, *et seq,;*

2. Notify the Court immediately of any matters affecting their standing at the Bar of any other Court;

3. Have all pleadings, briefs, and other papers filed with the Court signed by Alexa A. D'Angelo of the law firm of Baker & Hostetler LLP, which shall be held responsible for those pleadings, briefs, and other papers, and for the conduct of this case and of the attorneys admitted herein;

4. Make payment to New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for any year in which they represent a client in matter pending before this Court; and

5. Make payment as provided by L. Civ. R. 101.1(c).

**IT IS FURTHER ORDERED** that counsel for Defendants may file a request, the form of which is available on the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

Date:   May 11, 2023

By: */s/ Dana B. Parker*
**K&L Gates LLP**
Dana B. Parker
One Newark Center, 10th Floor
Newark, New Jersey 07102
Tel: (973) 848-4000
Fax: (973) 848-4001
dana.parker@klgates.com

*Attorney for Plaintiff*

By: */s/ Alexa A. D'Angelo*
**Baker & Hostetler LLP**
Alexa A. D'Angelo
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Fax: (212) 589-4201
Email: adangelo@bakerlaw.com

*Attorney for Defendants*

**SO ORDERED**: s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni, U.S.M.J.