UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

SWAROVSKI OPTIK NORTH AMERIC

Plaintiff(s),

v.

IBUY GROUP LLC et al

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 3:23-cv-01210-GC-TJB

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Kevin W. Kirsch

Address: Baker & Hostetler LLP

200 Civic Center Drive

Suite 1200

Columbus, OH 43215

E-mail: kkirsch@bakerlaw.com
(One email address only)