**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, NJ 07102
Telephone: (973) 848-4000
*Attorneys for Plaintiff SWAROVSKI OPTIK North America Limited*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SWAROVSKI OPTIK NORTH AMERICA LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>IBUY GROUP LLC f/k/a VALOR GROUP LLC; and IBUY DISTRIBUTION LLC f/k/a F & E TRADING LLC d/b/a 6TH AVE ELECTRONICS,<br><br>Defendant. | Civil Action No: 3:23-cv-01210-GC-TJB<br><br>Hon. Georgette Castner, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br><br>**ORDER ADMITTING**<br>**MORGAN T. NICKERSON, ESQ.**<br>***PRO HAC VICE*** |

**THIS MATTER**, having been brought before the Court by Plaintiff SWAROVSKI OPTIK North America Limited, by and through its attorneys, K&L Gates LLP (Dana B. Parker), for an Order admitting Morgan T. Nickerson *pro hac vice*, and the Court having considered the declarations of Dana B. Parker and Morgan T. Nickerson in support thereof, and for good cause shown;

**IT IS** on this  7th  day of  August  2023,

**ORDERED** that Morgan T. Nickerson, is hereby admitted to appear *pro hac vice* pursuant to L. Civ. R. 101.1 as counsel for Plaintiff in this action;

**IT IS FURTHER ORDERED** that Dana B. Parker of K&L Gates LLP shall serve as counsel of record upon whom all notices, Orders and pleadings may be served;

**IT IS FURTHER ORDERED** that in accordance with L. Civ. R. 101.1, Morgan T. Nickerson shall be deemed to have consented to abide by the United States District Court Rules and to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in the preparation of, these proceedings;

**IT IS FURTHER ORDERED** that all pleadings, briefs, and other papers filed with this Court shall be signed by a member in good standing of the United States District Court for the District of New Jersey and Bar of New Jersey as a representative of the firm of K&L Gates LLP;

**IT IS FURTHER ORDERED** that in accordance with L. Civ. R. 101.1, Morgan T. Nickerson shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), and he shall make such payment for each year that he continues to represent Plaintiff in the matter pending before this Court.

s/Tonianne J. Bongiovanni
Tonianne J. Bongiovanni, U.S.M.J.

**IT IS FURTHER ORDERED** that within 20 days of the date of the entry of this Order, Morgan T. Nickerson shall make the payment required by L.Civ.R. 101.1(c)(3).

[Docket Entry No.29 is terminated].